NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LARRY ELLIS,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

2013-7139

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-3182, Judge Margaret C. Bartley.

**ON MOTION**

**O R D E R**

Larry Ellis moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                          ELLIS v. SHINSEKI

FOR THE COURT

/s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk

s24

ELLIS v. SHINSEKI